IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, Health & Welfare Fund by is Trustees, ET AL., <br><br>        Plaintiffs, <br><br>    vs. <br><br> COSIER CONSTRUCTION, INC., ET AL., <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   CV 08-00442 SOM-LEK |

### ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 3, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; March 6, 2009.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE